1 BENJAMIN B. WAGNER
United States Attorney
2 IAN L. GARRIQUES
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6 United States of America

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. 1:10-cr-00050 AWI
                                    )
12             Plaintiff,           ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE; ORDER
13                                  )
           v.                       )
14                                  ) Date:  April 4, 2011
   JUAN ANTONIO MARIN-RUIZ,         ) Time:  9:00 a.m.
15                                  ) Judge: Hon. Anthony W. Ishii
             Defendant.             )
16 _____ )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that the

19 status conference now set for March 28, 2011, may be continued to

20 **April 4, 2011, at 9:00 a.m.**

21     The reason for the continuance is to allow for further case

22 preparation, investigation, and plea negotiations, and to

23 accommodate the schedule of the parties and court.  The parties

24 stipulate and agree that the interests of justice served by

25 granting this continuance outweigh the best interests of the

26 public and the defendant in a speedy trial and that the delay

27 from the continuance shall be excluded from the calculation of

28 time under the Speedy Trial Act pursuant to 18 U.S.C. §§

1  3161(h)(7)(A) and (B)(iv).

2  Dated: February 1, 2011                    Respectfully submitted,

3                                             BENJAMIN B. WAGNER
                                              United States Attorney
4
                                      By:  /s/ Ian L. Garriques
5                                          IAN L. GARRIQUES
                                           Assistant U.S. Attorney
6

7

8  Dated: February 1, 2011          By:  /s/ Eric Kersten
                                          ERIC KERSTEN
9                                         Attorney for Defendant

10

11                          **O R D E R**

12        The intervening period of delay shall be excluded in the

13  interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

14  3161(h)(7)(B)(iv).

15

   IT IS SO ORDERED.
16

17  Dated: _____February 2, 2011_____  _____
18                           CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28